**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

Carlos Riera, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                       *Plaintiff,*

- against -

Williamsburg Materials Corp., and Frank Pannone,

                       *Defendants.*
------------------------------------------------------------X

Case No.: 22-cv-06237

**CERTIFICATE OF DEFAULT**

     I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant Williamsburg Materials Corp. ("Defaulting Defendant") has not filed an answer or otherwise moved with respect to the first amended complaint herein. The default of Defaulting Defendant is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn New York
        December 5, 2022

                                                      Brenna B. Mahoney, Clerk of Court

                                         By:  *Jalitza Poveda*
                                                  Deputy Clerk