# LEVIN-EPSTEIN & ASSOCIATES, P.C.
_____
60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792-0048 • E: Jason@levinepstein.com

May 24, 2024

*VIA ECF*
The Honorable Peggy Kuo, U.S.D.J.
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re: *Riera v. Williamsburg Materials Corp. et al*
           **Case No.: 1:22-cv-06237-PKC-PK**

Dear Honorable Judge Kuo:

  This law firm represents Plaintiff Carlos Riera (the "Plaintiff") in the above-referenced matter. This letter is submitted jointly with counsel for Defendants.

  Pursuant to Your Honor's Individual Motion Practice Rules, and the directives in Your Honor's February 22, 2024 Order, this joint letter respectfully serves to provide the Court with a status update in the above-referenced matter.

  The parties are in the process of finalizing the necessary paperwork to effectuate the disposition of the instant action. The parties respectfully request until, through and including, June 30, 2024 to file these materials.

  We thank the Court for its attention to this matter, and are available at the Court's convenience to answer any questions related to the foregoing.

            Respectfully submitted,

            LEVIN-EPSTEIN & ASSOCIATES, P.C.

         By: */s/ Jason Mizrahi*
           Jason Mizrahi
           60 East 42nd Street, Suite 4700
           New York, New York 10165
           Tel. No.: (212) 792-0048
           Email: Jason@levinepstein.com
           *Attorneys for Plaintiff*

VIA ECF: All Counsel